Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 3248 | **DATE** | 6/25/2002 |
| **CASE TITLE** | USA vs. Michael Black | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due _____. Reply to answer brief due _____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Order. Black's motion for a refund is granted. (45-1) In accordance with Black's request the original $23.15 should be refunded to Black as an overpayment and this Court so orders. The Clerk's office is ordered to transmit that payment to: Michael Black, #11354-424, FMC - Butner - 4-D, P.O. Box 1600, Old NC Highway 75, Butner NC 27509.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | Document Number |
|---|---|---|---|
| | No notices required, advised in open court. | | |
| | No notices required. | | number of notices |
| ✓ | Notices mailed by judge's staff. | | JUN 26 2002 date docketed |
| | Notified counsel by telephone. | | |
| | Docketing to mail notices. | | |
| | Mail AO 450 form. | U.S. DISTRICT COURT CLERK | docketing deputy initials |
| | Copy to judge/magistrate judge. | | 6/25/2002 date mailed notice |
| SN | courtroom deputy's initials | 02 JUN 25 PM 3:53 | SN mailing deputy initials |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,        )
                                 )
           Plaintiff,            )
                                 )
      v.                         )   No. 00 C 3248
                                 )
MICHAEL BLACK,                   )
                                 )
           Defendant.            )

DOCKETED JUN 26 2002

MEMORANDUM ORDER

Michael Black ("Black") has just filed a self-prepared request for a refund of some overpaid filing fees in connection with his now-disposed-of appeal to the Court of Appeals for the Seventh Circuit. This Court has caused the District Court's Clerk's Office to look into the matter and has been advised that Black is partly right and partly wrong.

Although Black claims that two payments in the amount of $23.15 each were provided to the Clerk's Office (one that was mailed by him and the other that was assertedly delivered personally by a family member), the records reflect only one such payment. Even though Black did request that amount from his Bureau of Prisons account on October 10, 2001, the papers that he has now submitted show that the government check was not mailed out until October 24--and that timing jibes expressly with the District Court's Clerk's Office's receipt that specifies its October 29 receipt of that check. No second payment in the same amount was made or receipted for, either on the October 31 date

46

that Black asserts in his current filing[1] or at any other time.

It is however true that a later payment of the full filing fees of $105 was made in November 2001. For that reason the original $23.15 should be returned to Black as an overpayment, and this Court so orders. In accordance with Black's request, the Clerk's Office is ordered to transmit that payment to:

> Michael Black, #11354-424
> F.M.C. - Butner - 4-D
> P.O. Box 1600
> Old NC Highway 75
> Butner NC 27509

                                                  _____
                                                  Milton I. Shadur
                                                  Senior United States District Judge

Date: June 25, 2002

---

[1] That date provides a good clue to Black's mistaken contention. One of his enclosures is the Clerk's Office receipt that confirms the funds having come in on October 29--and that receipt itself shows it was printed out on October 31.

2